AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

William Norton

V.

Town of Whitman, Et. Al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11854 JLT

TO: (Name and address of Defendant)

Matthew Poore
Town of Whitman Police Department
39 Whitman Avenue
Whitman, MA 02382

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert S. Sinsheimer, Esq.
Sinsheimer & Associates
4 Longfellow Place, Suite 3501-06
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AUG 25 2004

DATE

(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

[illegible]

[illegible]

Deputy Sheriff

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________________ ______________________________
Date *Signature of Server*

______________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.