UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM NORTON )<br>      Plaintiff )<br>v. )<br>TOWN OF WHITMAN, )<br>JAMES STONE, JR., )<br>MATTHEW POORE, )<br>STEPHEN DRASS, )<br>PETER AITKEN, )<br>SCOTT BENTON, )<br>ANDREW STAFFORD, )<br>JASON H. BATES, )<br>JOHN SCHNYER )<br>      Defendants ) | C. A. No. 04-11854 JLT |

## CERTIFICATION IN COMPLIANCE WITH
## LOCAL RULE 16.1(D)(3)

I, Carolyn Hamel, under oath hereby depose and state as follows:

1. I am employed by Massamount Insurance Agency and am the claims person handling this claim on behalf of the Defendants.

2. I have conferred with counsel with regard to establishing a budget for the cost of conducting the full course and alternate course of litigation as well as the various alternative courses of resolution such as Alternative Dispute Resolution and Mediation. The Defendants need to develop further information before a decision can be made as to whether this case is appropriate for settlement, ADR or full litigation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF SEPTEMBER, 2004.

Ms. Carolyn Hamel
Massamount Insurance Agency, Inc.
P. O. Box 1170
Greenfield, MA 01302-1170
Tel.: (413) 800-444-3916 ext. 691
Fax: (413) 772-8503

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the Defendant in the within action, hereby certify that I have this day served a copy of **CERTIFICATION IN COMPLIANCE WITH LOCAL RULE 16.1(D)(3)** by mailing a copy thereof, postage prepaid, to:

> Robert S. Sinsheimer, Esq.
> Sinsheimer & Associates
> 4 Longfellow Place, Suite 3501
> Boston, MA 02114

_____
John J. O'Brien, Jr.

Dated: _____