UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM NORTON<br>    Plaintiff<br><br>v.<br><br>TOWN OF WHITMAN,<br>JAMES STONE, JR.,<br>MATTHEW POORE,<br>STEPHEN DRASS,<br>PETER AITKEN,<br>SCOTT BENTON,<br>ANDREW STAFFORD,<br>JASON H. BATES,<br>JOHN SCHNYER<br>    Defendants. | C.A. NO. 04-11854 JLT |

**LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1(d)(3), the plaintiff, William Norton, and counsel for the plaintiff, Robert S. Sinsheimer, Esq., hereby certify that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
William Norton

_____
Robert S. Sinsheimer, Esq., BBO # 464940
Susan E. Sivacek, Esq., BBO # 644771
Sinsheimer & Associates
Four Longfellow Place, Suite 3501
Boston, MA 02114-9505
(617) 722-9954

Dated: 10/4/04