CERTIFICATE OF SERVICE

I, Susan E. Sivacek, Esq., hereby certify that I have served a true copy of the LOCAL RULE 16.1 CERTIFICATION on the following:

John J. O'Brien, Jr., Esq.
O'Brien & Von Rosenvinge, P.C.
27 Mica Lane, Suite 202
Wellesley, MA 02481

By First Class Mail on October 7   2004.

Susan E. Sivacek, Esq.

Dated: 10/7/04