# SINSHEIMER AND ASSOCIATES
## COUNSELLORS AT LAW
4 LONGFELLOW PLACE
SUITE 3501-06
BOSTON, MASSACHUSETTS 02114
www.sinsheimerlaw.com

Telephone
617-722-9954
617-227-2800
Facsimile
617-973-1562

Robert S. Sinsheimer, Esq.
rsinsheimer@sinsheimerlaw.com

Susan E. Sivacek, Esq.
ssivacek@sinsheimerlaw.com

October 12, 2004

Civil Clerk's Office
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: William Norton v. Town of Whitman, Et. Al.
Case No. 04-11854-JLT

Dear Sir/Madam:

With respect to the recently filed Plaintiff's Opposition To Defendants' Motion To Dismiss Plaintiff's Complaint Counts Seven And Nine, Pursuant To Fed. R. Civ. P. 12(b)(6), please note that there are two typographical errors which Plaintiff wishes to correct for the record.

In the second paragraph on page one of the Opposition, Plaintiff erroneously refers to the "Town of Norton". This should read in both instances, "Town of Whitman".

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or concerns you may have.

Very truly yours,

Maria Georgakopoulos
Legal Assistant

Enclosure
cc:   William Norton
      John O'Brien, Esq.

H:\sinsheimer\MyFiles\NORTON\USDC 101204.wpd