UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM NORTON )<br>    Plaintiff )<br> )<br>v. )<br> )<br>TOWN OF WHITMAN, )<br>JAMES STONE, JR., )<br>MATTHEW POORE, )<br>STEPHEN DRASS, )<br>PETER AITKEN, )<br>SCOTT BENTON, )<br>ANDREW STAFFORD, )<br>JASON H. BATES, )<br>JOHN SCHNYER )<br>    Defendants. )<br> ) | C.A. NO. 04-11854 JLT |

**PLAINTIFF'S INITIAL DISCOVERY DISCLOSURES PURSUANT TO F.R.C.P. 26(a)**

Below please find a list of the plaintiff's initial discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). The inclusion of information in this Automatic Disclosure shall not be construed to be a waiver of any privilege or a waiver of any objection to the production of such witness or document.

A.  **DOCUMENTS AND THINGS**

1.  Criminal Complaint, Brockton District Court, dated June 7, 2004.

2.  Whitman Police Department Supplemental Report (3 pages).

3.  Whitman Police Evidence/Recovered Property report.

4.  Defendant's Motion For Probable Cause Hearing Or, In The Alternative, Motion To Dismiss.

The plaintiff reserves his right to supplement this list as more information becomes available to

him.

**B.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Below please find plaintiff's list of persons likely to have discoverable information:

1. William Norton
   20 Tingley Circle
   Braintree, MA 02184

2. Timothy Norton
   East Bridgewater, MA

3. Jeffrey Beckerman, Esq.
   Beckerman, Bomberg & McCauley
   15 Main Street Extension
   Plymouth, MA

4. James Stone, Jr.
   Whitman Police Department
   39 Whitman Avenue
   Whitman, MA 02382

5. Matthew Poore
   Whitman Police Department
   39 Whitman Avenue
   Whitman, MA 02382

6. Stephen Drass
   Whitman Police Department
   39 Whitman Avenue
   Whitman, MA 02382

7. Peter Aitken
   Whitman Police Department
   39 Whitman Avenue
   Whitman, MA 02382

8. Scott Benton
   Whitman Police Department
   39 Whitman Avenue
   Whitman, MA 02382

9. Andrew Stafford
   Whitman Police Department

        39 Whitman Avenue
        Whitman, MA 02382

10.   Jason H. Bates
       Whitman Police Department
       39 Whitman Avenue
       Whitman, MA 02382

11.   John Schnyer
       Whitman Police Department
       39 Whitman Avenue
       Whitman, MA 02382

The plaintiff reserves his right to supplement this list as more information becomes available to him.

## L.   DAMAGES

Plaintiff is in the process of gathering documents relative to his damages and will supplement this disclosure in accord with Fed. R. Civ. P. 26(e).

## M.   INSURANCE AGREEMENTS

Plaintiff is not aware of any insurance agreements applicable to his case at this time.

RESPECTFULLY SUBMITTED,
WILLIAM NORTON

By his attorneys,

*[signature]*

Robert S. Sinsheimer, Esq., BBO # 464940
Susan E. Sivacek, Esq., BBO # 644771
Sinsheimer & Associates
Four Longfellow Place, Suite 3501
Boston, MA 02114-9505
(617) 722-9954

Dated: December 23, 2004

## CERTIFICATE OF SERVICE

I, Susan E. Sivacek, Esq., hereby certify that I have served a true copy of the above document on John J. O'Brien, Jr. at O'Brien & Von Rosenvinge, P.C., 27 Mica Lane, Suite 202, Wellesley, MA by First Class Mail on December 23, 2004.

_____
Susan E. Sivacek, Esq.