UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM NORTON, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11854-JLT |
| | * | |
| TOWN OF WHITMAN, JAMES STONE, JR., | * | |
| MATTHEW POORE, STEPHEN DRASS, | * | |
| PETER AITKEN, SCOTT BENTON, | * | |
| ANDREW STAFFORD, JASON H. BATES, | * | |
| and JOHN SCHNYER | * | |
|     Defendants. | * | |

ORDER

January 5, 2005

TAURO, J.

After a conference on January 4, 2005, this court hereby orders that:

1. Plaintiff and Defendants may depose the following individuals: (1) Jeffrey Beckerman, Esq., (2) James Stone, Jr., (3) Matthew Poore, (4) Stephen Drass, (5) Peter Aitken, (6) Scott Benton, (7) Andrew Stafford, (8) Jason H. Bates, and (9) John Schnyer;

2. Defendants may depose the following individuals: (1) William Norton, (2) Timothy Norton, and (3) Plaintiff's nephew, family members, relatives and guests at the birthday party in East Bridgewater;

3. All discovery shall be completed by May 31, 2005; and

4. A Further Conference is scheduled for June 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                                                       /s/ Joseph L. Tauro
                                                                                       United States District Judge