UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM NORTON )<br>         Plaintiff )<br> )<br>v. )<br> )<br>TOWN OF WHITMAN, )<br>JAMES STONE, JR., )<br>MATTHEW POORE, )<br>STEPHEN DRASS, )<br>PETER AITKEN, )<br>SCOTT BENTON, )<br>ANDREW STAFFORD, )<br>JASON H. BATES, )<br>JOHN SCHNYER )<br>         Defendants. )  | C.A. NO. 04-11854 JLT |

**JOINT MOTION TO EXTEND PRETRIAL CONFERENCE
WITH STATEMENT OF REASONS**

Now come the parties and respectfully request this Honorable Court to extend the date for the pretrial conference currently scheduled for June 16, 2005 for thirty days. In support of this request, the parties state the following.

The parties have agreed to stay discovery while they participate in negotiations to settle this case, and which are underway. The Court should allow the motion in the interests of justice because efforts are being made in good faith with the hopes of reaching a fair and equitable settlement for all concerned. Additionally, Attorney Sinsheimer is on trial in Norfolk County during the week this pretrial conference is scheduled and he is the only attorney able to address the Court on Mr. Norton's behalf.

Therefore, the parties request this Court extend the date for the pretrial conference to

July 21, 2005 or some other date convenient to the Court and the parties.

                                                RESPECTFULLY SUBMITTED,
                                               WILLIAM NORTON

By his attorney,                       /s/ Robert S. Sinsheimer
                                               Robert S. Sinsheimer, BBO# 464940
                                               Denner O'Malley, LLP
                                               Four Longfellow Place, Suite 3501
                                               Boston, MA 02114-9505
                                               (617) 722-9954

                                               TOWN OF WHITMAN, et al.

By their attorney,                     /s/ John J. O'Brien, Jr.
                                               John J. O'Brien, Jr., BBO# 375885
                                               O'Brien & von Rosenvinge, P.C.
                                               27 Mica Lane
                                               Wellesley, MA 02481
                                               (781) 239-9988

Dated: June 9, 2005