UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM NORTON,<br>      Plaintiff,<br><br>v.<br><br>TOWN OF WHITMAN,<br>JAMES STONE, JR., MATTHEW POORE,<br>STEPHEN DRASS, PETER AITKEN,<br>SCOTT BENTON, ANDREW STAFFORD,<br>JASON H. BATES, and JOHN SCHNYER,<br>      Defendants. | C.A. No. 04-11854 JLT |

### STIPULATION OF DISMISSAL

All parties to the above entitled action, pursuant to the provisions of Federal R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice, without costs or expenses including attorney's fees and waiving all rights of appeal.

Respectfully submitted:

| The plaintiff,<br>William Norton,<br>By his attorney, | The defendants,<br>By their attorney, |
|---|---|
| *(signature)*<br>Robert S. Sinsheimer, Esq.<br>BBO# 464940<br>Four Longfellow Place, Suite 3501<br>Boston, MA 02114-9505<br>617-722-9954 | *(signature)*<br>John J. O'Brien, Jr., Esq.<br>BBO# 375885<br>O'Brien & von Rosenvinge, P.C.<br>27 Mica Lane, Suite 202<br>Wellesley, MA 02481<br>(781) 239-9988 |

DATED:   July 13, 2005